445 A.2d 223

Commonwealth v. Lee, Appellant.

Submitted November 30, 1981.   John M. Glace, Assistant Public Defender, for appellant;  William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.